UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CYNTHIA JARRELL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 17-301-SDD-RLB** |
| **WRIGHT NATIONAL FLOOD INSURANCE COMPANY** | |

**CASE TO WHICH MOTION PERTAINS**

18-CV-84-SDD-RLB        Kevin Dukes v. Wright National Flood Insurance Company

**ORDER**

This matter is before the court on an order setting a telephone conference for **September 24, 2018 at 11:00 a.m.** before the undersigned. Kenneth J. Dupaty, counsel for Plaintiffs in CV 18-84-SDD-RLB, failed to participate in the telephone conference as ordered. Accordingly,

**IT IS ORDERED** that **Kenneth J. Dupaty**, counsel for Plaintiffs in CV 18-84-SDD-RLB, shall **personally appear** before the undersigned Magistrate Judge at the Russell B. Long Federal Building and Courthouse, 777 Florida Street, **Courtroom 6**, in Baton Rouge, Louisiana, at **10:30 a.m. on October 2, 2018** and **SHOW CAUSE** why sanctions should not be imposed or a recommendation of dismissal be issued for his failure to participate in a telephone status conference as ordered.

**IT IS FURTHER ORDERED** that counsel shall be prepared to discuss discovery in this matter, particularly the assertions contained in the defendant's Motion for Conference (R. Doc. 58).

cc: Kenneth Dupaty    Certified mail #7004 1160 0003 2648 1494

**IT IS FURTHER ORDERED** that the Clerk of Court is requested and directed to serve a copy of this Order upon **Kenneth J. Dupaty**, counsel for Plaintiffs in CV 18-84-SDD-RLB, by **regular mail** and **certified mail return receipt requested** at The Dupaty Law Firm, 2008-B South Burnside Avenue, Gonzales, Louisiana 70737 and at 714 N. Burnside, Avenue, Gonzales, Louisiana, 70737.  Failure to appear could result in the dismissal of this matter without further notice.

Signed in Baton Rouge, Louisiana, on September 24, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**