# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

CYNTHIA JARRELL                                          CIVIL ACTION NO.

VERSUS                                                   17-301-SDD-RLB

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY

### *APPLIES TO:*

3:17-cv-00772-SDD-RLB Adams, James & Joyce
3:17-cv-00703-SDD-RLB Adcock, Thomas & Cynthia
3:17-cv-00735-SDD-RLB Aiken, Jacques & Tonya
3:17-cv-00709-SDD-RLB Allen, Barbara & Robert
3:17-cv-00805-SDD-RLB Anderson, Steven & Camilla
3:17-cv-00699-SDD-RLB Babin, Ray & Amy
3:17-cv-01381-SDD-RLB Barclay, Beryl
3:17-cv-01123-SDD-RLB Barnes, Tami
3:17-cv-00715-SDD-RLB Barney, Brent & Myrzer
3:17-cv-00725-SDD-RLB Beeson, Adam Joseph
3:17-cv-01128-SDD-RLB Bergeron, Calvin & Carolyn
3:17-cv-01553-SDD-RLB Beysselance, James & Donna
3:17-cv-00796-SDD-RLB Blackard, Tommy & Carmen
3:17-cv-00730-SDD-RLB Blount, Sr., Crandall & Rebecca
3:17-cv-00722-SDD-RLB Bond, Clinton J.
3:17-cv-00782-SDD-RLB Broussard, Leonard & Casey
3:17-cv-01367-SDD-RLB Brown, Margaret
3:17-cv-01558-SDD-RLB Brown, Veronica
3:17-cv-00789-SDD-RLB Bryant, Neal & Pamela
3:17-cv-00764-SDD-RLB Cage, Oliver
3:17-cv-00707-SDD-RLB Casselberry, Adam & Deborah
3:17-cv-01040-SDD-RLB Centerbar, Sheridan & Theresa
3:17-cv-01343-SDD-RLB Chehl, Sahib & Sumir
3:17-cv-01369-SDD-RLB Clardy, Janice
3:17-cv-00737-SDD-RLB Coleman, Crystal & Hoston, Jermone
3:17-cv-00769-SDD-RLB Cothern, Ronnie
3:17-cv-01500-SDD-RLB Courtney, Gordon & Jacqueline
3:17-cv-00806-SDD-RLB Curtis-Pea, Tara
3:17-cv-00761-SDD-RLB Daniels, Michael E.
3:17-cv-00800-SDD-RLB Dedon, Ronald & Christie
3:17-cv-01499-SDD-RLB Dennis, Alexander & Barbara
3:17-cv-00705-SDD-RLB Diaz, Victor & Natalie
3:17-cv-00726-SDD-RLB Doughty, Corey & Aimee
3:17-cv-00909-SDD-RLB Dyer, Ron

3:17-cv-00721-SDD-RLB Ellis, Charles
3:17-cv-00724-SDD-RLB Fleming, William & TL
3:17-cv-00716-SDD-RLB Ford, Sr., Brian
3:17-cv-00741-SDD-RLB Fortenberry, Kevin & Tonya
3:17-cv-00751-SDD-RLB French, David & Kelli
3:17-cv-00728-SDD-RLB Garcia, William & Bridget
3:17-cv-00788-SDD-RLB Gerald, Michael & Joyce
3:17-cv-00748-SDD-RLB Hall, Leigh & Brian
3:17-cv-01651-SDD-RLB Harris, Eboni & Scottie
3:17-cv-00797-SDD-RLB Harris, Terry & Vanessa
3:17-cv-01330-SDD-RLB Harrison, Jessie May
3:17-cv-00758-SDD-RLB Harrison, Lurrie
3:17-cv-00753-SDD-RLB Herbert, Gloria
3:17-cv-00779-SDD-RLB Hulbert, John & Latina
3:17-cv-01417-SDD-RLB Hunt Divine Divas
3:17-cv-00720-SDD-RLB Hymel, Caleb
3:17-cv-00746-SDD-RLB Jacobs, Latrice
3:17-cv-00736-SDD-RLB Jenkins, Veronica
3:17-cv-01049-SDD-RLB Jones, Raymond
3:17-cv-00708-SDD-RLB Juge, Anthony & Surrayah
3:17-cv-00734-SDD-RLB Kanada, Justin
3:17-cv-00791-SDD-RLB Karajulles-Taylor, Patricia
3:17-cv-00744-SDD-RLB Kelly (Boudreaux), Cynthia
3:17-cv-01551-SDD-RLB Kennedy, Edwin
3:17-cv-00706-SDD-RLB Kling, Deborah
3:17-cv-00747-SDD-RLB Kysar, Danny & Carolyn
3:17-cv-01122-SDD-RLB Laird, William
3:17-cv-00910-SDD-RLB Lamb, Brenda
3:17-cv-00712-SDD-RLB Larry, Betty
3:17-cv-00804-SDD-RLB Lathers, Stephanie
3:17-cv-00745-SDD-RLB Lee, Danielle
3:17-cv-00713-SDD-RLB Leleu, Beverly
3:17-cv-00765-SDD-RLB Lemon, Gregory M.
3:17-cv-00785-SDD-RLB Lemond, Marlon & Brittany
3:17-cv-00738-SDD-RLB Lemons, Veronica & Walter
3:17-cv-00911-SDD-RLB Lightfoot, Sandra
3:17-cv-00771-SDD-RLB Little, Gwendolyn
3:17-cv-00750-SDD-RLB Lyles, Darrell & Vanessa
3:17-cv-01502-SDD-RLB Mathison, Samantha
3:17-cv-01501-SDD-RLB Matthew, Rhonda Allen
3:17-cv-01130-SDD-RLB Mayeux, Hudson & Vivian
3:17-cv-00766-SDD-RLB McCutcheon, Jr., Robert J.
3:17-cv-01647-SDD-RLB McDaniel, Steve
3:17-cv-00799-SDD-RLB McDaniel-Payne, Ronnie & Leanne
3:17-cv-01340-SDD-RLB Melancon, Jerred & Maelynn
3:17-cv-00790-SDD-RLB Melancon, Michelle & Keith

3:17-cv-00794-SDD-RLB Mellion, Oscar & Bennie
3:17-cv-01596-SDD-RLB Meyer, Nicholas & P+N Promos
3:17-cv-01339-SDD-RLB Meyers, Janice & Joseph
3:17-cv-00778-SDD-RLB Mitchell, Jessica & Jason
3:17-cv-00729-SDD-RLB Morris, Faydra Brown
3:17-cv-00739-SDD-RLB Morris, Julia Hughes
3:17-cv-01121-SDD-RLB Motichek, Ellen & Thomas
3:17-cv-00710-SDD-RLB Nadeau, Barbara & Caruso, Vincent
3:17-cv-00754-SDD-RLB Neal, Denny
3:17-cv-01332-SDD-RLB Nichols, Benjamin Jude
3:17-cv-00704-SDD-RLB O'Connor, Kevin & Jeri
3:17-cv-00783-SDD-RLB O'Rourke, Kenneth & Joyce
3:17-cv-01366-SDD-RLB P and N Enterprises
3:17-cv-00802-SDD-RLB Pace, Sarah & John
3:17-cv-01591-SDD-RLB Padial, Carlos
3:17-cv-00801-SDD-RLB Patchen, Rosemary & Patrick
3:17-cv-00780-SDD-RLB Patterson, Joseph
3:17-cv-00763-SDD-RLB Perry, Forrest & Susan
3:17-cv-01575-SDD-RLB Plantation Car Wash, Inc.
3:17-cv-01349-SDD-RLB Plauche, Joey & Rachael
3:17-cv-01410-SDD-RLB Porche, Ashley & Brian
3:17-cv-00718-SDD-RLB Porter, Brittany & Terrence
3:17-cv-01650-SDD-RLB Reese, Ronnie & Desiree
3:17-cv-00786-SDD-RLB Reid, Michael & Brenda
3:17-cv-01333-SDD-RLB Richardson, Amanda
3:17-cv-01574-SDD-RLB Richardson, David
3:17-cv-00775-SDD-RLB Roberts, Sandra
3:17-cv-00755-SDD-RLB Robinson, Lenora M.
3:17-cv-00752-SDD-RLB Ruiz, George
3:17-cv-00714-SDD-RLB Sagona, Brad
3:17-cv-00774-SDD-RLB Santoro, Paul
3:17-cv-01050-SDD-RLB Schutz, Jr., Carl & Yesenia
3:17-cv-01371-SDD-RLB Scott, Catherine
3:17-cv-00733-SDD-RLB Scott, Henry
3:17-cv-01124-SDD-RLB Sibley, Julia Ann
3:17-cv-01052-SDD-RLB Smith, Arthur & Fay
3:17-cv-01556-SDD-RLB Smith, Theresa
3:17-cv-01348-SDD-RLB Southern, Jeanine
3:17-cv-00767-SDD-RLB Spears, Myiesha
3:17-cv-01341-SDD-RLB Spencer, Mary
3:17-cv-00781-SDD-RLB Spilke, Shirley
3:17-cv-00759-SDD-RLB St. Angelo, Jr., Donald
3:17-cv-01532-SDD-RLB Stewart, Bobby & Emma
3:17-cv-00757-SDD-RLB Strawbridge, Linda & John
3:17-cv-00743-SDD-RLB Talbot, Dale
3:17-cv-00798-SDD-RLB Tate, Teddy & Andria

3:17-cv-01045-SDD-RLB Tate, Troby
3:17-cv-01337-SDD-RLB Taylor, Geoffrey Steven
3:17-cv-01119-SDD-RLB Thomas, Darrin & Allana
3:17-cv-00777-SDD-RLB Thornton, Sheila
3:17-cv-00776-SDD-RLB Tudman-Oubre, Jelena & Roger
3:17-cv-00787-SDD-RLB Tureau, Thomas & Maureen
3:17-cv-00701-SDD-RLB Turner (Dunn), Sheba
3:17-cv-00740-SDD-RLB Turner, Travis
3:17-cv-00732-SDD-RLB Vanosdell, Wendy & Charles
3:17-cv-01590-SDD-RLB Variest, Ashleigh
3:17-cv-01335-SDD-RLB Walker, Denzel
3:17-cv-00702-SDD-RLB Walker, Jason & Alarice
3:17-cv-00749-SDD-RLB Ward, Lee
3:17-cv-00756-SDD-RLB White, Doyle & Esther
3:17-cv-00768-SDD-RLB White, Lisa M.
3:17-cv-00719-SDD-RLB Wiley, Bruce & Cindy
3:17-cv-01550-SDD-RLB Williams, Ava
3:17-cv-00803-SDD-RLB Williams, Shantell A.
3:17-cv-00784-SDD-RLB Winnfield, Tom
3:17-cv-00762-SDD-RLB Young, Nellie

## DISCOVERY CONFERENCE REPORT AND ORDER

The parties participated in an in-person discovery conference with the undersigned on October 2, 2018.

| PRESENT: | John D. Carter | Tessa M Pousson-Vorhaben |
| | Counsel for certain consolidated plaintiffs | Theodore I. Brenner |
| | | Counsel for defendant, Wright National Flood Insurance Company |

The issues raised in the Motion for Discovery Conferences (the "Motion"), filed by defendant Wright National Flood Insurance Company was discussed.

Counsel for the plaintiffs requested an additional sixty (21) days to supplement the disclosures required under the Limited Scheduling Order and suggested an in-person conference with counsel to discuss the issues would be productive. The court encourages the parties to confer in whatever manner they choose to resolve any issues that arise in the case.

**IT IS HEREBY ORDERED** that by no later than **October 23, 2018**, the plaintiffs in the above-listed cases shall provide any additional supplement to the disclosures required by the Limited Scheduling Order in these matters.

**IT IS FURTHER ORDERED** that, in the above-listed cases, the time for Defendants to provide a response to the plaintiffs' settlement demands under Paragraph VIII of the Limited Scheduling Order is extended to **November 23, 2018**.

**Failure to comply with the requirements of this Order may result in sanctions.**

Signed in Baton Rouge, Louisiana, on October 3, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**