UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**CYNTHIA JARRELL**                                        **CIVIL ACTION NO.**

**VERSUS**                                                 **17-301-SDD-RLB**

**WRIGHT NATIONAL FLOOD**
**INSURANCE COMPANY**

*APPLIES TO:*

3:18-cv-00345-SDD-RLB Boyer et al v. Wright National Flood Insurance Company
3:18-cv-00346-SDD-RLB Boyer v. Wright National Flood Insurance Company
3:18-cv-00202-SDD-RLB Deshotel et al v. Wright National Flood Insurance Company
3:18-cv-00129-SDD-RLB Hawkins v. Wright National Flood Insurance Company
3:18-cv-00384-SDD-RLB Baker v. Wright National Flood Insurance Company
3:18-cv-00383-SDD-RLB Bradley v. Wright National Flood Insurance Company
3:18-cv-00421-SDD-RLB Goldmond v. Wright National Flood Insurance Company
3:18-cv-00017-SDD-RLB Matthews v. Wright National Flood Insurance Company
3:18-cv-00381-SDD-RLB Quinones v. Wright National Flood Insurance Company
3:18-cv-00379-SDD-RLB Story v. Wright National Flood Insurance Company

---

## DISCOVERY CONFERENCE REPORT AND ORDER

The parties participated in an in-person discovery conference, in chambers, with the undersigned on October 1, 2018.

**PRESENT:**   **Melissa R. Heidelberg**                **Theodore I. Brenner**
Counsel for certain consolidated            Counsel for defendant,
plaintiffs                                  Wright National Flood
                                            Insurance Company

The issues raised in the Motion for Discovery Conference (the "Motion"), filed by defendant, Wright National Flood Insurance Company was discussed.

Counsel for the plaintiffs requested an additional fourteen (14) days to supplement the disclosures required under the Limited Scheduling Order.

CV36aT0:15

**IT IS HEREBY ORDERED** that by no later than **October 16, 2018**, the plaintiffs in the above-listed cases (excluding those resolved prior to the discovery conference) shall provide any additional supplement to the disclosures required by the Limited Scheduling Order in these matters.

**IT IS FURTHER ORDERED** that, in the above-listed cases (excluding those resolved prior to the discovery conference), the time for Defendants to provide a response to the plaintiffs' settlement demands under Paragraph VIII of the Limited Scheduling Order is extended to **November 15, 2018**.

**Failure to comply with the requirements of this Order may result in sanctions.**

Signed in Baton Rouge, Louisiana, on October 3, 2018.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**