UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA JARRELL | * | CIVIL ACTION NO.: |
| | * | 3:17-CV-00301-SDD-RLB |
| versus | * | |
| | * | **Consolidated with and pertains to:** |
| WRIGHT NATIONAL FLOOD | * | THOMPSON VS. WRIGHT NATIONAL FLOOD |
| INSURANCE COMPANY | * | INSURANCE COMPANY |
| | * | No. 3:17-cv-01619-SDD-RLB |

### ORDER

Considering the foregoing Joint Stipulation of Dismissal With Prejudice,

IT IS HEREBY ORDERED, that Plaintiffs', George P. Thompson and Katherine Thompson, claims against Defendant, Wright National Flood Insurance Company, are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

BATON ROUGE, LOUISIANA, this __26th__ day of __November__, 2019.

_____
*Shelly D. Dick*