UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA JARRELL | * | CIVIL ACTION NO.: |
| | * | 3:17-CV-00301-SDD-RLB |
| versus | * | |
| | * | **Consolidated with and pertains to:** |
| WRIGHT NATIONAL FLOOD | * | ACOSTA VS. WRIGHT NATIONAL FLOOD |
| INSURANCE COMPANY | * | INSURANCE COMPANY |
| | * | No. 3:17-cv-01453-SDD-RLB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Jaime Acosta and Beatriz Acosta, and Defendant, Wright National Flood Insurance Company, and hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 26, 2019.

Respectfully Submitted:

*/s/ Kevin R. Sloan*
**EDWARD F. DOWNING, III** (La. Bar #1339)
**KEVIN R. SLOAN** (La. Bar #34093)
**Gauthier Murphy & Houghtaling LLC**
3500 North Hullen Street
Metairie, LA  70002
Telephone:  (504) 456-8600
Facsimile:  (504) 456-8624
Email: ed@gmhatlaw.com; pam@gmhatlaw.com
kevin@gmhatlaw.com

*Counsel for Plaintiffs*

and

>*/s/ Charles L. Chassaignac, IV*
>**CHARLES L. CHASSAIGNAC, IV** (Bar #20746)
>**Porteous, Hainkel & Johnson, L.L.P.**
>301 St. Charles Street
>Baton Rouge, LA   70802
>Telephone:  (225) 383-8900
>Facsimile:  (225) 383-7900
>Email:  cchassaignac@phjlaw.com
>
>*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

>*/s/ Kevin R. Sloan*
>**KEVIN R. SLOAN**